445 A.2d 201

Commonwealth v. Mingo, Appellant.

Petition for Allowance of Appeal Denied July 21, 1982.

Submitted May 22, 1981. John

H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.